COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 January 15, 2015
 No. 10-14-00011-CV
 VICKI McPHERSON AND TIMOTHY McPHERSON
 v.
 TEXAS FOREST SERVICES
 
 
 From the 85[th] District Court
 Brazos County, Texas
 Trial Court No. 13-001728-CV-85
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that appellants Vicki McPherson and Timothy McPherson have failed in their duty to prosecute this appeal with diligence, it is the judgment of this Court that the appeal is dismissed. 
 It is further ordered that Texas Forest Service is awarded judgment against Vicki McPherson and Timothy McPherson, jointly and severally, for Texas Forest Service's appellate costs that were paid, if any, by Texas Forest Service; and all unpaid appellate court cost, if any, is taxed against Vicki McPherson and Timothy McPherson, jointly and severally.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk